| **STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.** |
|---|
| **0** Valuation of Security   **0** Assumption of Executory Contract or Unexpired Lease   **0** Lien Avoidance |

**Last Revised Decenber 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                           Case No. **18-13933**

                                                                                                         Judge CMG

**Foran, Frank & Bolton-Foran, Deborah**
                          Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [ ] Modified/Notice Required           Date: **April 20, 2018**

[ ] Motions Included            [ x ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:              Initial Debtor: **FF**              Initial Co-Debtor: **DB**

**Part 1: Payment and Length of Plan**

a. The debtor shall pay $ **1,500.00** per **month** to the Chapter 13 Trustee, starting on _____ for approximately **36** months.

b. The Debtor shall make plan payments to the Trustee from the following sources:
 **[X]** Future Earnings
 **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
 **[ ]** Sale of real property
  Description:
  Proposed date for completion: _____

 **[ ]** Refinance of real property
  Description:
  Proposed date for completion: _____

 **[ ]** Loan modification with respect to mortgage encumbering property
  Description:
  Proposed date for completion: _____

d. **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Travis J. Richards** | Administrative Expense | **2,850.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

3

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [ ] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Hilton Grand Vacations/ Ocean Club Vacations ,LLC** | Anderson OCean Club HPR Unit 409 | $7,500 | $1,500 |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Capital One Auto Finan**
**Quicken Loans**
**Suntrustbank/Gs Loan S**
**Wffnb Retail**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| None | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

___ Not less than $ _____ to be distributed *pro rata*
___ Not less than _____ percent
__x__ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| None | | | |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| None | | | | |

## Part 7: Motions

4

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f). [ ] NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| None | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| None | | | | | |

**Part 8: Other Plan Provisions**

**a. Vesting of Property of the Estate**

  **X**  Upon Confirmation
  ___  Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

  1) **Trustee Commissions**

    2) **Other Administrative Claims**
    3) **Secured Claims**
    4) **Lease Arrearages**
    5) **Priority Claims**
    6) **General Unsecured Claims**

  **d. Post-petition claims** The Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a plan previously filed in this case, complete the information below.

Date of Plan being modified: _____

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| To surrender previously unlisted timeshare | Listing timeshare to be surrendered |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

  Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

  Any non-standard provisions placed elsewhere in this plan are void.

  The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

  I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 7/19/18        /s/ Travis Richards
                              Attorney for the Debtor

Date: 7/19/18        /s/ Frank Foran
                              Debtor

Date: 7/19/18        /s/ Deborah Bolton-Foran
                              Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 7/19/18          /s/ Travis Richards
                       Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 7/19/18          /s/ Frank Foran
                       Debtor

Date: 7/19/18          /s/ Deborah Bolton-Foran
                       Joint Debtor

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                      Case No. 18-13933-CMG
Frank Foran                                                                 Chapter 13
Deborah Bolton-Foran
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Jul 23, 2018
                               Form ID: pdf901              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db/jdb         Frank Foran,    Deborah Bolton-Foran,    20 Tecumseh Trl,    Browns Mills, NJ   08015-6108
517360358     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bankamerica,    PO Box 982238,    El Paso, TX   79998-2238)
517360359      Barclays Bank Delaware,    PO Box 8803,   Wilmington, DE   19899-8803
517460052      Capital One, N.A.,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517360363      Cbna,   PO Box 6497,    Sioux Falls, SD   57117-6497
517360364      Chase Card,   PO Box 15298,    Wilmington, DE   19850-5298
517360365      Citi,   PO Box 6241,    Sioux Falls, SD   57117-6241
517494762     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
517360368      Discover Bank,    502 E Market St,   Greenwood, DE   19950-9700
517518156     +Greensky, LLC,    POB 530584,   Atlanta, GA 30353-0584
517360370      Hilton Grand Vacations,    PO Box 402705,   Atlanta, GA   30384-2705
517571991     +Ocean Club Vacation. LLC,    c/o Heidee Randall,   6355 Metrowest Blvd, Suite 180,
                 Orlando, FL 32835-7606
517360374      Suntrustbank/Gs Loan S,    1797 Northeast Expy NE,    Brookhaven, GA   30329-7803
517437574      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA   50306-0438
517360381     +Wffnb Retail,   PO BOX 71118,    Charlotte, NC 28272-1118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517360372      E-mail/Text: BankruptcyNotices@aafes.com Jul 24 2018 00:09:48     Military Star,
                 3911 S Walton Walker Blvd,   Dallas, TX   75236-1509
517520206      E-mail/Text: BankruptcyNotices@aafes.com Jul 24 2018 00:09:48
                 Army & Air Force Exchange Services,   Attention GC-G,   3911 S. Walton Walker Blvd.,
                 Dallas, TX 75236
517360361      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 24 2018 00:12:45     Capital One,
                 PO Box 30281,    Salt Lake City, UT   84130-0281
517360362      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jul 24 2018 00:14:22     Capital One Auto Finan,
                 3901 Dallas Pkwy,   Plano, TX   75093-7864
517383757     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2018 00:13:34
                 Capital One Auto Finance,   4515 Santa Fe Ave., Dept. APS,   Oklahoma City, OK 73118-7901
517370333     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2018 00:14:16
                 Capital One Auto Finance, a division of Capital On,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517377341     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2018 00:13:33
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    P.O. Box 4360,   Houston, TX 77210-4360
517360366      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:32     Comenitybank/wayfair,
                 PO Box 182789,   Columbus, OH   43218-2789
517360367      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 24 2018 00:10:32     Comenitycap/boscovs,
                 PO Box 182120,   Columbus, OH   43218-2120
517375473      E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH   43054-3025
517360369      E-mail/Text: mrdiscen@discover.com Jul 24 2018 00:09:43     Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE   19850-5316
517374171     +E-mail/Text: dplbk@discover.com Jul 24 2018 00:11:17     Discover Personal Loans,
                 PO Box 30954,   Salt Lake City, UT 84130-0954
517360371     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 00:09:53     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517512519      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 00:12:56
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517480347     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 24 2018 00:10:52     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517462918      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 00:12:48
                 Portfolio Recovery Associates, LLC,   c/o AAdvantage Aviator Red,   POB 41067,
                 Norfolk VA 23541
517462893      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 00:12:49
                 Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
517495901      E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:44
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA   98083-0788
517495902      E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:44
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA   98083-0788
517464368      E-mail/Text: bnc-quantum@quantum3group.com Jul 24 2018 00:10:44
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
517360373      E-mail/Text: bankruptcyteam@quickenloans.com Jul 24 2018 00:11:15     Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI   48226-1906
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: pdf901           Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517403662       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 24 2018 00:11:15      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517360375        E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:12:44      Syncb/Care Credit,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
517360379        E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:15      Syncb/Walmart DC,    PO Box 965024,
                 Orlando, FL 32896-5024
517360376        E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:12:43      Syncb/dkdc,    PO Box 965005,
                 Orlando, FL 32896-5005
517360377       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:12:36      Syncb/lowes,    PO Box 956005,
                 Orlando, FL 32896-0001
517360378        E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:15      Syncb/oldnavydc,    PO Box 965005,
                 Orlando, FL 32896-5005
517365080       +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 00:14:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517360360*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:   Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
517360380*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court:   Webbank/dfs,    1 Dell Way,    Round Rock, TX  78682-7000)
                                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Joint Debtor Deborah  Bolton-Foran richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor Frank  Foran richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```