

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Frank and Deborah Foran

Case No.: _____18-13933_____

Chapter: _____13_____

Judge: _____Christine M. Gravelle_____

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E/F, F, G, H
# OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: July 23, 2018

Christine M. Gravelle
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___D___ or to the List of Creditors on ___7/19/2018___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __13__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13933-CMG
Frank Foran                                                             Chapter 13
Deborah Bolton-Foran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db/jdb          Frank Foran,    Deborah Bolton-Foran,    20 Tecumseh Trl,    Browns Mills, NJ   08015-6108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Travis J. Richards    on behalf of Joint Debtor Deborah  Bolton-Foran richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              Travis J. Richards    on behalf of Debtor Frank  Foran richardslegal@yahoo.com,
               G19226@notify.cincompass.com,travis.richards@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5