| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frank Foran<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0330<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deborah Bolton–Foran<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9894<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–13933–CMG | | |

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Frank Foran                                      Deborah Bolton–Foran

   _5/14/21_                                        **By the court:** <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-13933-CMG
Frank Foran  Chapter 13
Deborah Bolton-Foran
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: May 14, 2021 | Form ID: 3180W | Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Frank Foran, Deborah Bolton-Foran, 20 Tecumseh Trl, Browns Mills, NJ 08015-6108 |
| 517494762 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517360368 | | Discover Bank, 502 E Market St, Greenwood, DE 19950-9700 |
| 517518156 | + | Greensky, LLC, POB 530584, Atlanta, GA 30353-0584 |
| 517360370 | | Hilton Grand Vacations, PO Box 402705, Atlanta, GA 30384-2705 |
| 517571991 | + | Ocean Club Vacation. LLC, c/o Heidee Randall, 6355 Metrowest Blvd, Suite 180, Orlando, FL 32835-7606 |
| 517360374 | | Suntrustbank/Gs Loan S, 1797 Northeast Expy NE, Brookhaven, GA 30329-7803 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517360358 | | EDI: BANKAMER.COM | May 15 2021 00:33:00 | Bankamerica, PO Box 982238, El Paso, TX 79998-2238 |
| 517360360 | | EDI: BANKAMER.COM | May 15 2021 00:33:00 | Bk of Amer, PO Box 982238, El Paso, TX 79998-2238 |
| 517360359 | | EDI: TSYS2.COM | May 15 2021 00:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 517360372 | | EDI: CBSAAFES.COM | May 15 2021 00:33:00 | Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 517520206 | | EDI: CBSAAFES.COM | May 15 2021 00:33:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236 |
| 517360361 | | EDI: CAPITALONE.COM | May 15 2021 00:33:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517360362 | | EDI: CAPONEAUTO.COM | May 15 2021 00:43:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517383757 | + | EDI: AISACG.COM | May 15 2021 00:33:00 | Capital One Auto Finance, 4515 Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 517370333 | + | EDI: AISACG.COM | May 15 2021 00:33:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517377341 | + | EDI: AISACG.COM | May 15 2021 00:33:00 | Capital One Auto Finance, c/o AIS Portfolio |

Case 18-13933-CMG    Doc 57    Filed 05/16/21    Entered 05/17/21 00:15:39    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: 3180W | Total Noticed: 49 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517460052 | EDI: BL-BECKET.COM | May 15 2021 00:33:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517360363 | EDI: CITICORP.COM | May 15 2021 00:33:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517360365 | EDI: CITICORP.COM | May 15 2021 00:33:00 | Citi, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517360366 | EDI: WFNNB.COM | May 15 2021 00:33:00 | Comenitybank/wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 517360367 | EDI: WFNNB.COM | May 15 2021 00:33:00 | Comenitycap/boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 517360380 | Email/PDF: DellBKNotifications@resurgent.com | May 14 2021 21:41:11 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682-7000 |
| 519199422 | + Email/Text: cmecf@dilksknopik.com | May 14 2021 21:25:00 | Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065, Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |
| 519199421 | + Email/Text: cmecf@dilksknopik.com | May 14 2021 21:25:00 | Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 |
| 517375473 | EDI: DISCOVER.COM | May 15 2021 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517360369 | EDI: DISCOVER.COM | May 15 2021 00:33:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517374171 | + EDI: DISCOVERPL | May 15 2021 00:33:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 517360364 | EDI: JPMORGANCHASE | May 15 2021 00:33:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517360371 | + Email/Text: PBNCNotifications@peritusservices.com | May 14 2021 21:22:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517512519 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 21:40:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517480347 | + EDI: MID8.COM | May 15 2021 00:33:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517462918 | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o AAdvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517462893 | EDI: PRA.COM | May 15 2021 00:33:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 517464368 | EDI: Q3G.COM | May 15 2021 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517495901 | EDI: Q3G.COM | May 15 2021 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517495902 | EDI: Q3G.COM | May 15 2021 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517360373 | + Email/Text: bankruptcyteam@quickenloans.com | May 14 2021 21:24:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517403662 | + Email/Text: bankruptcyteam@quickenloans.com | May 14 2021 21:24:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517360375 | EDI: RMSC.COM | May 15 2021 00:33:00 | Syncb/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |

Case 18-13933-CMG    Doc 57    Filed 05/16/21    Entered 05/17/21 00:15:39    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: 3180W | Total Noticed: 49 |

| 517360379 | | EDI: RMSC.COM | | | |
|---|---|---|---|---|---|
| | | | | May 15 2021 00:33:00 | Syncb/Walmart DC, PO Box 965024, Orlando, FL 32896-5024 |
| 517360376 | | EDI: RMSC.COM | | | |
| | | | | May 15 2021 00:33:00 | Syncb/dkdc, PO Box 965005, Orlando, FL 32896-5005 |
| 517360377 | + | EDI: RMSC.COM | | | |
| | | | | May 15 2021 00:33:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 517360378 | | EDI: RMSC.COM | | | |
| | | | | May 15 2021 00:33:00 | Syncb/oldnavydc, PO Box 965005, Orlando, FL 32896-5005 |
| 517365080 | + | EDI: RMSC.COM | | | |
| | | | | May 15 2021 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517437574 | | EDI: WFFC.COM | | | |
| | | | | May 15 2021 00:33:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517360381 | + | EDI: WFFC.COM | | | |
| | | | | May 15 2021 00:33:00 | Wffnb Retail, PO BOX 71118, Charlotte, NC 28272-1118 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor Dilks & Knopik LLC jschwartz@mesterschwartz.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Travis J. Richards | on behalf of Joint Debtor Deborah Bolton-Foran richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: May 14, 2021 | Form ID: 3180W | Total Noticed: 49

on behalf of Debtor Frank Foran richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8