UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Frank Foran and Deborah Bolton-Foran

Order Filed on May 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-13933

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On May 4, 2021, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to GreenSky, LLC, creditor, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,463.83 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*