| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| |
| In Re:<br><br>Frank Foran and Deborah Bolton-Foran |

Order Filed on May 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-13933

Adv. No.:

Hearing Date:

Judge: Chief Judge Michael B. Kaplan

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 26, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

On May 4, 2021, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to GreenSky, LLC, creditor, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4,463.83 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

*rev. 12/1/19*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-13933-CMG
Frank Foran  Chapter 13
Deborah Bolton-Foran
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 26, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Frank Foran, Deborah Bolton-Foran, 20 Tecumseh Trl, Browns Mills, NJ 08015-6108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
     docs@russotrustee.com

Denise E. Carlon
     on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jason Brett Schwartz
     on behalf of Creditor Dilks & Knopik  LLC jschwartz@mesterschwartz.com

Rebecca Ann Solarz
     on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com

Travis J. Richards
     on behalf of Joint Debtor Deborah Bolton-Foran richardslegal@yahoo.com
     G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

Travis J. Richards
     on behalf of Debtor Frank Foran richardslegal@yahoo.com  G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: May 26, 2021      Form ID: pdf903      Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8